# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANDRA HINES,
DOROTHY HINES,

    Plaintiffs,

vs.                                         CASE NO. 6:08-CV-2-ORL-19DAB

HI FONIX, INC.,
JOO JINN KIM,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 28, filed October 15, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 28) is **ADOPTED and AFFIRMED.** The Motion to Withdraw as Attorney (Doc. No. 27, filed October 8, 2008) is **DENIED AS MOOT,** and this case is **DISMISSED** for failure to prosecute**.**

**DONE AND ORDERED** at Orlando, Florida, this   29th   day of October, 2008.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record